FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 12 2017 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Derell J. Meynard, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-

Whole Foods Market Group, Inc.

                Defendant.

Case No. 17-cv-07198 (SJF)(SIL)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) Derrel J. Meynard and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s).

Dated: Glen Cove, New York
      December 12, 2017

                              Respectfully Submitted,
                              MOSER LAW FIRM, P.C.

                              Steven John Moser
                              3 School Street, Suite 207B
                              Glen Cove, New York 11542
                              (516) 671-1150 • F (516) 882-5420
                              smoser@moseremploymentlaw.com

*The Clerk of Court is directed to close this case. So Ordered this 12th day of December 2017 at Central Islip, New York*

_____  s/ Sandra J. Feuerstein

*Sandra J. Feuerstein, U.S.D.J.*